UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

*Filed electronically*

| | |
|---|---|
| CLAUDETTE WETHINGTON ) | |
| ) | |
| PLAINTIFF ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 3:22-CV-623-GNS |
| ) | |
| LIFE INSURANCE COMPANY OF NORTH ) | |
| AMERICA ) | |
| ) | |
| DEFENDANT ) | |

### AGREED ORDER OF DISMISSAL

Plaintiff, Claudette Wethington, and, Defendant Life Insurance Company of North America, having settled all claims asserted herein, having agreed to the entry of this Order, and the Court being sufficiently advised;

IT IS HEREBY ORDERED that the above-referenced action be and hereby is dismissed with prejudice and stricken from the Court's docket with each party to be responsible for its own attorneys' fees and costs.

Greg N. Stivers, Chief Judge
United States District Court

March 14, 2023

Respectfully submitted,

| | |
|---|---|
| /s/Bartley K. Hagerman w/permission | /s/David A. Calhoun |
| Philip G. Fairbanks | David A. Calhoun |
| Bartley K. Hagerman | Mitzi D. Wyrick |
| Mehr Fairbanks Trial Lawyers, PLLC | WYATT, TARRANT & COMBS, LLP |
| 201 West Short Street, Suite 800 | 400 West Market Street, Suite 2000 |
| Lexington, Kentucky 40507 | Louisville, Kentucky  40202-2898 |
| (859) 225-3731 | (502) 589-5235 |
| (859) 225-3830 | (502) 589-0309 |
| pgf@austinmehr.com | dcalhoun@wyattfirm.com |
| bkh@austinmehr.com | mitziwyrick@wyattfirm.com |
| ***Counsel for Plaintiff, Claudette Wethington*** | ***Counsel for Defendant, Life Insurance Company of North America*** |

101082668.1